**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :  No. 286 EAL 2022

              Respondent

                         :  Petition for Allowance of Appeal
                         :  from the Order of the Superior Court

              v.

LEONARD CHAMBERS,

              Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of April, 2023, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, as stated by petitioner, is:

> When a judge orally renders a guilty verdict on an offense by name only,
> and "not guilty" as to the remaining charges, may a reviewing court ignore
> the judge's express words and rely on the written sentencing order and the
> record as a whole to determine which charged offenses the judge intended
> to include within the conviction, and does doing so violate the double
> jeopardy protections of the Pennsylvania and Federal Constitutions?